**Sammy Junior MORGAN,**
**Plaintiff—Appellant,**

v.

**F. JENKINS; Kenneth Lassiter; Rick Anderson; Larry B. Teele,**
**Defendants—Appellees.**

No. 10–6948.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 13, 2010.

Sammy Junior Morgan, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sammy Junior Morgan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B)(2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Morgan v. Jenkins*, No. 5:09–ct–03197–BO (E.D.N.C. June 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*